187 So. 250

**SWINEA v. STATE.**

**8 Div. 746.**

Court of Appeals of Alabama.

March 7, 1939.

F. S. Parnell, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

The defendant was charged by affidavit with the unlawful possession of prohibited liquors. From a judgment of conviction he appeals.

There is no bill of exceptions in this record. We have examined the record and find it, in all things, regular.

The judgment is affirmed.

Affirmed.